69,661-04

May 11, 2015

Texas Court of Criminal Appeals
Capitol Station
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

Re:   2nd Reminder Notice to Ms. Patsy Perez
      Saldivar, Yolanda
      CCA No. WR-69-661-04
      Trial Court Case No. 704424

Dear Mr. Acosta:

I received a copy of a letter you sent to Ms. Perez on March 18, 2015 ordering her to immediately forward to this Court the Supplemental records on this cause. Since September 18, 2013 that this Court ordered Ms. Perez to answer to this Court's ORDER, she has failed to answer despite reminders by you on this matter. It is obvious, she does not or deliberately refuses to answer. I request that you advise me what I must do in order to get a ruling on my Writ of Mandamus I filed in July, 2013.

Thank you for your assistance in this matter.


Respectfully Submitted,

*Yolanda Saldivar*

Yolanda Saldivar, TDCJ #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528